**Opinion filed October 1, 2009**



In The

# Eleventh Court of Appeals

_____

## No. 11-09-00208-CV

_____

## JAMES PATRICK SULLIVAN, Appellant

## V.

## RISSIE L. OWENS ET AL, Appellees

**On Appeal from the 12th District Court**

**Walker County, Texas**

**Trial Court Cause No. 24232**

## M E M O R A N D U M   O P I N I O N

James Patrick Sullivan filed a pro se notice of appeal but did not file an affidavit of inability to pay costs pursuant to TEX. R. APP. P. 20.1.  The appeal is dismissed.

The due date for the clerk's record was extended pursuant to TEX. R. APP. P. 37.3(a)(1).  The clerk of the trial court notified this court in writing that Sullivan has not made arrangements to pay for the clerk's record.  This court notified Sullivan of the defect and advised him that the appeal would be subject to dismissal under TEX. R. APP. P. 37.3(b) unless he cured the defect.  There has been no response to our letter.

Therefore, the failure to file the clerk's record appears to be due to Sullivan's actions. The appeal is dismissed.

PER CURIAM

October 1, 2009

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.